FILED

14 FEB 18 AM 9:10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14CR00228-CAB |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT** |
| ULYSES ISSAK CITAL, | |
| Defendant. | |

Upon motion of the United States and good cause appearing thereof,

IT IS HEREBY ORDERED that Count Two (2) of the Information in the above referenced case, as directed against defendant ULYSES ISSAK CITAL, be dismissed, without prejudice.

IT IS FURTHER ORDERED that defendant ULYSES ISSAK CITAL be released from the custody of the United States Marshals Service.

DATED:   February 14, 2014.

_____
HONORABLE Cathy A. Bencivengo
United States District Judge